UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  03-10021-CR-MOORE/SIMONTON

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**JONATHAN LEE VERNIER,**

    **Defendant.**
    _____/

### ORDER GRANTING MOTION FOR RETURN OF SPECIAL ASSESSMENT

This matter arose upon the letter/motion filed by Defendant Jonathan Lee Vernier, in which he seeks the return of $25.00 which was withdrawn from his prison account on September 9, 2009 [66].  The Honorable K. Michael Moore, United States District Judge, has referred this matter to the undersigned United States Magistrate Judge [67].

The Defendant claims that this money was improperly withdrawn because his obligation to pay a special assessment terminated five years after the entry of the judgment against him, and the Court vacated his restitution obligation when it granted the Government's motion for waiver of restitution [64] and entered an Amended Judgment [65] (DE # 66 at 1).

The Government does not oppose the motion, and has requested that the Court "grant Vernier's Motion and set a compliance date within thirty days at which point the United States will file a Notice with the Court certifying the funds have been returned" (DE  [70] at 2).  The Government notes, however, that the funds were not withdrawn to pay a special assessment, but were withdrawn to satisfy a restitution obligation; and, since the restitution obligation has been extinguished, the funds should be returned.

Therefore, based upon a review of the record as a whole, it is hereby

**ORDERED AND ADJUDGED** that Defendant Vernier's unopposed letter/motion for the return of $25.00 which was withdrawn from his prison account on September 9, 2009, is **GRANTED**. The Government shall return the $25.00 to Defendant Vernier's prison account, and file a Notice of Compliance on or before August 17, 2010.

**DONE AND ORDERED** in chambers in Miami, Florida, on July 16, 2010.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable K. Michael Moore,
    United States District Judge
All counsel of record via CM/ECF

Jonathan Lee Vernier, *Pro Se*
Reg. # 39067-004
USP Coleman I
P.O. Box 1033
Coleman, FL 33521